IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO P. GARCIA, ) | 2:11 CV 1400 AWI GSA |
| Plaintiff, ) | |
| ) | ORDER VACATING |
| v. ) | HEARING DATE OF |
| ) | OCTOBER 24, 2011, AND |
| INDYMAC BANK, FSB; ONE WEST ) | TAKING DEFENDANTS' |
| BANK, FSB; MORTGAGE ) | MOTION TO DISMISS UNDER |
| ELECTRONIC REGISTRATION ) | SUBMISSION |
| SYSTEMS, INC; FEDERAL HOME ) | |
| LOAN MORTGAGE CORPORATION; ) | |
| and DOES 1 through 20, ) | |
| ) | |
| Defendants. ) | |

In this action for damages and declaratory relief, Defendants Indymac Bank, et al. have moved to dismiss Plaintiff's first amended complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The matter was scheduled for oral argument to be held October 24, 2011. The Court has reviewed Defendants' motion. Plaintiff's opposition, which was due not later than October 17, 2011, has not been filed as of this date and consequently the motion may not be opposed at oral argument. Local Rule 78-230(b). The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 24, 2011, is VACATED, and no party shall appear at that time. As of October 24, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   October 21, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE