# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO GARCIA, | ) 1:11-cv-1400 AWI GSA |
| | ) |
| Plaintiff, | ) **New Case number : 11-cv-1400 AWI JLT** |
| | ) |
| v. | ) ORDER TRANSFERRING ACTION |
| | ) |
| INDYMAC BANK, FSB, et al., | ) |
| | ) |
| Defendants, | ) |

    Plaintiff filed a complaint in Kern County Superior Court on August 2, 2011 alleging illegal truth and lending practices by Defendants. (Doc. 1). Defendants removed the action to this court on August 12, 2011. (Doc. 1). A review of the complaint reveals that the property at issue in the complaint is located in Bakersfield, California. Accordingly, this Court finds that venue is proper in the United States District Court, Eastern District of California, Bakersfield, California. The Clerk of the Court is directed to transfer and reassign this action to the Honorable Jennifer Thurston. *See*, 28 U.S.C. § 1391(b). The new case number shall be included on all future pleadings and is as follows :

**11-cv-1400 AWI GSA**

1

1    The scheduling conference set before the Honorable Gary S. Austin on December 15,
2 2011 at 9:30 am is VACATED. (Doc. 20).

6    IT IS SO ORDERED.

7    **Dated:**   **November 9, 2011**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE