**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SERGIO P. GARCIA, | ) | 1:11-cv-01400-AWI-JLT |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| v. | ) | (Docs. 24, 25) |
| INDYMAC BANK, FSB; ONEWEST MORTGAGE FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEM; FEDERAL HOME LOAN MORTGAGE CORPORATION; any and all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; and DOES 1-20, | ) | |
| Defendants. | ) | |

On August 2, 2011, plaintiff Sergio P. Garcia ("Plaintiff") filed his amended verified complaint in Kern County Superior Court asserting twenty-six causes of action against defendants IndyMac Bank FSB, OneWest Bank FSB, Mortgage Electronic Registration Systems, Federal Home Loan Mortgage Corporation, all persons unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto, and Does 1 through 20. On August 12, 2011, defendants OneWest Bank FSB, Mortgage

Electronic Registration Systems, Inc., and Federal Home Loan Mortgage Corporation (hereinafter referred to as "Defendants") removed the action to this Court pursuant to 12 U.S.C. § 1452(f).

On August 17, 2011, Defendants filed a motion to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

On November 2, 2011, while Defendants' motion to dismiss was pending, Plaintiff filed a notice of bankruptcy proceedings (case no. 11-18406-B-13) in the U.S. Bankruptcy Court for the Eastern District of California.

On December 6, 2011, Plaintiff filed a request for dismissal of the action without prejudice.

By order dated December 20, 2011, the Court reserved ruling on Plaintiff's request for dismissal and Defendants' motion to dismiss for thirty days, and directed the clerk of court to serve a courtesy copy of its order on the Eastern District bankruptcy court and bankruptcy trustee referencing case no. 11-18406-B-13 so as to permit the trustee to inform the Court whether the trustee intended to continue with the action as an asset of Plaintiff's bankruptcy estate.

There being no response, the Court hereby GRANTS Plaintiff's request for dismissal. The action is DISMISSED without prejudice, and Defendant's motion to dismiss is MOOT.

IT IS SO ORDERED.

Dated:     March 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE